**No. 09-9405. Derwin Dale Livingston, Petitioner v. Rick Thaler, Director,**

**Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 907, 130 S. Ct. 3278, 176 L. Ed. 2d 1188, 2010 U.S. LEXIS 4060.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.